IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LEE D. JEROME                                                                                           PLAINTIFF

vs.                                      Civil No. 5:07-cv-05195

MICHAEL J. ASTRUE                                                                                  DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Now on this 5th day of March, 2009, comes for consideration the Report and Recommendation, dated February 5, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.


/s/ Jimm Larry Hendren
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**